UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br> v.                                                         )<br>                                                              )<br> SUSAN ELLEN O'BRIEN (1),         )<br>                                                              )<br>                    Defendant.            )<br> _____ ) | Criminal No. 03-CR-1110-L<br><br>**ORDER RE: GOVERNMENT'S SEALED SUBMISSION IN RESPONSE TO COURT'S INSTRUCTIONS AT 8/21/06 HEARING** |

At a hearing held on August 21, 2006, Defendant O'Brien moved for disclosure of a memorandum allegedly present at two audits conducted by the Internal Revenue Service during the year 2004. The Court directed defense counsel to provide Government counsel with the request in writing and ordered that any documents responsive to Defendant's request be produced to the Court under seal.

On September 18, 2006, the Government submitted a response to Defendant O'Brien's written request; the Government's submission was filed under seal on or about September 26, 2006.[1] The Government's response indicates that the Internal Revenue Service could not locate the requested memorandum. However, the Internal Revenue Service did locate a copy of what is

---

[1] The Court was out of the district when the Government's submission was received in chambers and thus was not able to sign the Government's proposed sealing order until after it returned.

believed to be a later version of the memorandum requested by Defendant O'Brien.  This document was provided to the Court as an attachment to the Government's response and consists of a one-page memorandum drafted by Joseph Villanueva dated March 1, 2005.

The Court has reviewed this memorandum and finds no basis for its disclosure to the defense.  The memorandum contains no statement by Defendant O'Brien, nor any other defendant, no information that is exculpatory to any defendant, nor does it contain impeachment evidence material to the guilt or punishment of any defendant.  Accordingly, the Court will not require disclosure of the March 1, 2005 memorandum authored by Joseph Villanueva.

The Government's Submission in Response to Court's Instructions at Hearing Dated August 21, 2006 and Defendant's Letter Dated August 22, 2006 shall remain under seal until further Court order.

**IT IS SO ORDERED**.

DATED:  October 2, 2006

M. James Lorenz
United States District Court Judge